GARRICK S. LEW (State Bar No. 61889)
1000 Brannan Street, Suite 488
San Francisco, CA 94103-4888
Telephone:  (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant
Michael Ortiz, Jr.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL ORTIZ, Jr.,<br><br>    Defendant. | CR 12-00119 SI<br><br>**STIPULATION TO CONTINUE SENTENCING DATE** and [~~PROPOSED~~] **ORDER** |

The United States, through its counsel AUSA Wilson Leung, and defendant Michael Ortiz, Jr., through his counsel Garrick S. Lew, hereby stipulate and agree to continue the sentencing date presently scheduled for Friday, January 17, 2014 at 11:00 a.m. to Friday, February 7, 2014 at 11:00 a.m.

Good cause for the stipulated request for continuance exists on the grounds that counsel for defendant is in process of accumulating defendant's school and residential drug treatment records and assisting defendant in completing the Presentence Worksheets to submit to the probation officer for inclusion in defendant's Presentence Report.

The parties have conferred with United States Probation Officer Trevor Lilian and probation is not opposed to the requested continuance.

Stipulation & Order for Continuance
of Sentencing Hearing, CR 10-0106-SI           1

SO STIPULATED.

Dated:       December 18, 2013

_____
GARRICK S. LEW
Attorney for James Yeung


Dated:       December 18, 2013            /s/
_____
Wilson Leung
Assistant United States Attorney

[Proposed] **ORDER**

Based on the stipulation of the parties, good cause appearing,

IT IS HEREBY ORDERED that defendant Michael Ortiz Jr. sentencing hearing scheduled for January 17, 2013 is vacated and sentencing is continued to 11:00 a.m. on February 7, 2014.

DATED: 12/19/13

_____
Honorable Susan Illston
United States District Court Judge

Stipulation & Order for Continuance
of Sentencing Hearing, CR 10-0106 SI